IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN STROMQUIST, individually and on behalf of all others similarly situated,; <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE UNIVERSAL INSURANCE COMPANY, an Ohio corporation,; <br><br> Defendant. | 8:22CV332 <br><br> ORDER TO SHOW CAUSE |

The records of the Court show that on September 16, 2022, a letter (Filing No. 4) was sent to the following attorney from the Office of the Clerk directing that he/she obtain admittance to practice in this district and register for the Case management/Electronic Case Filing System ("System"):

**Scott Edelsberg**
**EDELSBERG LAW FIRM – VENTURA**
**20900 NE 30th Ave., Suite 417**
**Aventura, FL 33180**

**IT IS ORDERED** that on or before November 1, 2022, the attorney listed above shall either comply with the requests set forth in the letter from the Clerk of the Court or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in Scott Edelsberg being removed as counsel of record.

Dated this 18th day of October, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge