IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN STROMQUIST and AMY VERMEER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE UNIVERSAL INSURANCE COMPANY and PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>Defendants. | CLASS ACTION<br><br>Case No. 8:22-cv-00332-BCB-MDN |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs, Karen Stromquist and Amy Vermeer, and Defendants, Progressive Universal Insurance Company and Progressive Northern Insurance Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiffs, Karen Stromquist and Amy Vermeer, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

Respectfully submitted on February 22, 2024

[*Signatures on following page*]

*/s/Andrew J. Shamis*
Andrew J. Shamis, Esq.*
Edwin Eliu Elliott*
Christopher E. Berman*
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: (305) 479-2299
ashamis@shamisgentile.com
edwine@shamisgentile.com
cberman@shamisgentile.com

Scott Edelsberg*
Christopher Gold, Esq.*
**EDELSBERG LAW, PA**
20900 NE 30th Ave, Suite 417
Aventura, Florida 33180
Telephone: 305-975-3320
scott@edelsberglaw.com
chris@edelsberglaw.com

*Counsel for Plaintiffs and the Classes*

*/s/Allison Hill White*
Jeffrey S. Cashdan*
Zachary Andrew McEntyre
J. Matthew Brigman*
Allison Hill White*
Erin Muner*
Logan R. Hobson*
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
jcashdan@kslaw.com
zmcentyre@kslaw.com
mbrigman@kslaw.com
awhite@kslaw.com
emunger@kslaw.com
lhobson@kslaw.com

Julia C. Barrett*
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100
Email: jbarrett@kslaw.com

Patrick E. Brookhouser, Jr.
William F. Hargens
**MCGRATH, NORTH LAW FIRM**
1601 Dodge Street, Suite 3700
Omaha, NE 68102
Telephone: 402-341-3070
pbrookhouser@mcgrathnorth.com
whargens@mcgrathnorth.com

*Counsel for Defendants*

*Admitted pro hac vice*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 22, 2024, I caused a true and correct copy of the foregoing to be filed via the Court's ECF system, which will send notice to all counsel of record.

*/s/ Andrew J. Shamis*
*Andrew J. Shamis*