IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN STROMQUIST, individually and on behalf of all others similarly situated; and AMY VERMEER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE UNIVERSAL INSURANCE COMPANY, an Ohio corporation; and PROGRESSIVE NORTHERN INSURANCE COMPANY, an Ohio corporation,<br><br>Defendants. | 8:22CV332<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL** |

This case is before the Court on the parties' Joint Stipulation of Dismissal, signed by counsel for all parties. Filing 71. The parties stipulate to dismissal of this action with prejudice, with each party to bear its own costs. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation of Dismissal, Filing 71, is granted. This case is dismissed with prejudice, with each party to bear its own costs.

Dated this 23rd day of February, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1